# Court of Appeals of the State of Georgia

ATLANTA,  August 02, 2024

*The Court of Appeals hereby passes the following order:*

## A24I0235. ALESIA R. WATSON, et al. v. NIGEL NEMBHARD, et al.

In this civil action, plaintiffs filed an application for interlocutory review seeking to challenge the trial court's order dismissing their complaint and compelling arbitration. We denied the application. The plaintiffs, however, have moved this Court to reconsider, arguing that the trial court dismissed the entire action below and they are entitled to a direct appeal.

Orders completely dismissing actions are final orders within the meaning of OCGA § 5-6-34 (a) (1) and may be appealed directly. See *Buckner-Webb v. State*, 314 Ga. 823, 827 (2) (a) (878 SE2d 481) (2022). It appears from the application materials that the trial court's order is a final order disposing of all parties and claims in this case. We will grant an otherwise timely interlocutory application if the lower court's order is subject to direct appeal and the applicant has not otherwise filed a notice of appeal. See *Spivey v. Hembree*, 268 Ga. App. 485, 486, n.1 (602 SE2d 246) (2004).

Accordingly, we GRANT the motion for reconsideration and VACATE our July 9, 2024 order. The plaintiffs' application is hereby GRANTED. Plaintiffs may file a notice of appeal within 10 days of the date of this order if they have not already done so. If Plaintiffs have filed a notice of appeal in the state court, they need not file a second notice. The clerk of the state court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,___08/02/2024_____*

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*